Case 2:20-cr-01181   Document 5   Filed on 10/15/20 in TXSD   Page 1 of 2

United States District Court
Southern District of Texas
**ENTERED**
October 15, 2020
David J. Bradley, Clerk

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF TEXAS
CORPUS CHRISTI DIVISION

| | | |
|---|---|---|
| UNITED STATES OF AMERICA | § | |
| | § | |
| VS. | § | MAG. JUDGE ACTION NO. 2:20-MJ-1819 |
| | § | |
| ROBERT LOWELL SERRES | § | |

**MEMORANDUM OPINION AND ORDER OF DETENTION PENDING TRIAL**

A detention hearing was held today in accordance with the Bail Reform Act, 18 U.S.C. § 3142(f). The government presented the testimony of Federal Bureau of Investigation Special Agent David Troutman. Both sides presented argument to the Court. The following requires detention of the Defendant pending trial in this case:

(1)    There are no conditions or combination of conditions that would reasonably assure the appearance of the Defendant as required and the safety of the community.

The evidence against the Defendant meets the probable cause standard. The Defendant is a multiple time convicted felon, his conduct during his arrest for the instant offense resulted in the use of force by the United States Marshal Service, has engaged in criminal activity while under supervision, and has a poor history of compliance with supervision that includes absconding from a state facility (SATF). The findings and conclusions contained in the Pretrial Services Report are adopted.

The Defendant is committed to the custody of the United States Marshal or his designated representative for confinement in a corrections facility separate, to the extent practicable, from persons awaiting or serving sentences or being held in custody pending appeal. The Defendant shall be afforded a reasonable opportunity for private

consultation with defense counsel.  On order of a court of the United States or on request of an attorney for the Government, the person in charge of the corrections facility shall deliver the Defendant to the United States Marshal for the purpose of an appearance in connection with a court proceeding.

    ORDERED this 15th day of October, 2020.

                                                _____
                                                Julie K. Hampton
                                                United States Magistrate Judge